UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **LEERIC TYRONE BESS** | **CASE NO. 3:20-CV-00653** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STATE FARM INSURANCE, ET AL.** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Defendants' Motions to Dismiss for lack of subject matter jurisdiction (Doc. Nos. 6, 10) are **GRANTED**, and that Bess's claims are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 5th day of March, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE